In all other respects the petition for rehearing with suggestion for rehearing en banc is denied.

---

**Gary D. SMIDDY, Plaintiff-Appellee,**

v.

**Dudley D. VARNEY, Sidney Nuckles, Raymond Inglin, Defendants-Appellants.**

**Nos. 83–6507, 85–5687, 85–6007.**

United States Court of Appeals, Ninth Circuit.

Feb. 25, 1987.

Richard M. Helgeson, Asst. City Atty., Los Angeles, Cal., for defendants-appellants.

Talcott, Vandevelle & Woehrle, Michael Lightfoot and Carla Woehrle, Los Angeles, Cal., for plaintiff-appellee.

Before GOODWIN and NELSON, Circuit Judges, and SCHWARZER, District Judge.*

ORDER

The petition for rehearing is granted in part.

The following language, reported at 803 F.2d 1473, first column, first full paragraph, eighth sentence, is deleted:

> The city is entitled to recover its costs and attorneys' fees in this court on its successful appeals.

---

* The Honorable William W. Schwarzer, United States District Judge, Northern District of California, sitting by designation.